## Waugaman v. Henry, Appellant.

*Appeals — Defective record — Failure to certify evidence and pleadings.*

Where it appears that in the record of an appeal the evidence and pleadings is not properly certified as required by Rule 17th, and that when the appeal was taken there was pending and undisposed of, a rule to show cause why exceptions to the certification of the evidence and pleadings should not be made absolute, the record will be remitted to the court below for disposition of the rule, and that a proper certification may be made.

Argued April 13, 1917.   Appeal, No. 32, April T., 1917, by defendant, from judgment of C. P. Indiana Co., March T., 1913, No. 280, on verdict for plaintiff in case of C. C. Waugaman v. Samuel L. Henry.   Before OR-LADY, P. J., PORTER, HENDERSON, HEAD, TREXLER and WILLIAMS, JJ.   Record remitted.

Motion to quash appeal.

*S. L. Henry* and *E. Walker Smith,* for appellant.

*S. M. Jack,* for appellee.

PER CURIAM, July 13, 1917:

The record presented in this appeal is so defective that it might properly be quashed. "The evidence and pleadings in full" as required by Rule 17, are not properly certified.

At the time the appeal was taken there was pending and undisposed of, a rule to show cause why exceptions that had been filed to the certification of the trial judge and of the stenographer, should not be made absolute. The record is remitted to the court below for disposition of this rule, and that a proper certification may be made.